**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **In Re:** ) <br> ) <br> ) <br> **J.C. PENNEY COMPANY, INC., et al.,** ) <br> ) <br> ) <br> ) <br> **Debtors.** ) <br> ) | **CHAPTER 11** <br><br> **Case No. 20-20182 (DRJ)** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

  PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana  46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

       Simon Property Group, Inc.
       Attn:  Ronald M. Tucker, Esq.
       225 West Washington Street
       Indianapolis, Indiana  46204

  PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

       Respectfully submitted

        /s/Ronald M. Tucker
       Ronald M. Tucker, Esq., Attorney for
       Simon Property Group, Inc. and its related entities
       IN 11428-49
       (317) 263-2346
       (317) 263-7901 (FAX)
       E-mail address:  rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 15th day of May, 2020 via ECF Noticing to the persons of record.

By:   */s/Ronald M. Tucker*
      Ronald M. Tucker, Esq.

*Debtor*    represented by **Matthew D Cavenaugh**
**J. C. Penney Company, Inc.**    Jackson Walker LLP
6501 Legacy Drive    1401 McKinney Street
Plano, TX 75024    Ste 1900
COLLIN-TX    Houston, TX 77010
Tax ID / EIN: 26-0037077    713-752-4200
   Email: mcavenaugh@jw.com

*U.S. Trustee*    represented by **Hector Duran, Jr**
**US Trustee**    U.S. Trustee
606 N Carancahua    515 Rusk
Corpus Christi, TX 78401    Ste 3516
   Houston, Tx 77002
   7137184650
   Email: Hector.Duran.Jr@usdoj.gov