# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182  (DRJ) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 9010(B) AND REQUEST FOR COPIES AND ALL PLEADINGS UNDER FED. R. BANKR. P. 2002 AND 3017(A)

**PLEASE TAKE NOTICE** that the attorneys identified below appear as counsel for Wells Fargo Bank, N.A. ("Wells Fargo"), as Agent, and respectfully request that all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following address, email address, telephone, and facsimile number:

William A. (Trey) Wood III
Caroline W. Ellis
**Bracewell LLP**
711 Louisiana Street
Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile: (800) 404-3970
Trey.Wood@bracewell.com
Caroline.w.ellis@bracewell.com

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney.

Daniel F. Fiorillo
Adam C. Silverstein
Chad B. Simon
**Otterbourg P.C.**
Pro Hac Vice (To be filed)
230 Park Avenue
New York, New York 10169
Telephone:  (212) 661-9100
Facsimile:  (212) 612-6804
DFiorillo@otterbourg.com
ASilverstein@otterbourg.com
CSimon@otterbourg.cm

---

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for service is intended as, nor is it a consent of, Wells Fargo to the jurisdiction of the Bankruptcy Court or venue in the Southern District of Texas, nor, specifically but not limited to, a waiver of (i) Wells Fargo's rights to have final orders in non-core matters entered only after de novo review by a higher court; (ii) Wells Fargo's rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Wells Fargo's rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Wells Fargo is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments to Wells Fargo are expressly reserved.

[signatures on following page]

Respectfully Submitted,

**BRACEWELL LLP**

By: <u>*/s/ William A. (Trey) Wood III*</u>
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewell.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212
**COUNSEL FOR WELLS FARGO BANK N.A. AS AGENT**

-4-

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 15, 2020, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system.

                                                     */s/ William A. (Trey) Wood III*
                                                        William A. (Trey) Wood III