United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Tug Robert J. Bouchard, Corporation,[1] | ) Case No. 20-34758 (DRJ) |
| | ) |
| Post-Effective Date Debtor. | ) |
| | ) (Formerly Jointly Administered Under |
| | ) Lead Case: Bouchard Transportation |
| | ) Co., Inc., 20-34682) |
| | ) **Re: Docket No. 29** |

**ORDER GRANTING JACKSON WALKER LLP'S
THIRD INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 28, 2020 THROUGH AUGUST 26, 2021**

CAME ON FOR CONSIDERATION, the *Third Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period September 28, 2020 through August 26, 2021* (the "Application")[2] filed by Jackson Walker LLP ("JW"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED that JW is hereby allowed interim compensation for attorneys' fees in the amount of $191,614.00 and reimbursement of interim expenses in the amount of $3,198.49 incurred from April 1, 2021 through August 26, 2021; it is further

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Post-Effective Date Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/bouchard. The location of the Debtors' service address is: c/o Portage Point Partners, LLC, 300 North LaSalle, Suite 1420, Chicago, Illinois 60654.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

30652776v.2 157927/00001

ORDERED that JW is allowed final compensation of attorneys' fees in the amount of $436,790.00 and final reimbursement of expenses in the amount of $5,371.86 for the period September 28, 2020 through August 26, 2021; it is further

ORDERED, that the Debtors are authorized to pay to JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $436,790.00 |
| Total Expenses Requested: | $5,371.86 |
| **Total Requested in this Application:** | **$442,161.86** |
| Amount Paid for Monthly Fee Statements: | $403,838.86 |
| **Total Fees and Expenses Due:** | **$38,323.00** |

Signed:  November 12, 2021.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE