| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Main Case Number | 20-20182 |
|---|---|---|---|
| | Debtor | In Re: | J.C. Penney Company, Inc., *et al.* |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Anthony M. Saccullo<br>A.M. Saccullo Legal, LLC<br>27 Crimson King Drive<br>Bear, DE 19701<br>(302) 836-8877, ams@saccullolegal.com<br>Delaware Bar No. 4477<br>United States District Court for the District of Delaware |
|---|---|

| Name of party applicant seeks to appear for: | Nike USA, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No X_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 5/18/2020 | Signed: | /s/ Anthony M. Saccullo |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____   _____
United States Bankruptcy Judge