United States Courts
Southern District of Texas
FILED
May 21, 2020
David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Main Case Number | 20-20182-DRJ-11 |
|---|---|---|---|
| | Debtor | In Re: | J.C. Penney Company, INC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John Whiteman<br>Missouri Department of Revenue<br>301 West High Street, P.O. Box 475<br>Jefferson City, MO 65105<br>573-751-5531 Phone<br>573-751-7232 Fax<br>John.Whiteman@dor.mo.gov<br>Missouri 69427<br>Western District of Missouri MO69427 |
|---|---|

| Name of party applicant seeks to appear for: | Missouri Department of Revenue |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/21/2020 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Good Standing | |
|---|---|
| Dated: 5/21/2020 | Clerk's signature:   s| M. Mapps |

**Order**        This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                       United States Bankruptcy Judge