United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 30, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BRILLIANT ENERGY, LLC | ) Case No. 21-30936 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) Re: Docket No. 234 |

**ORDER GRANTING FINAL FEE APPLICATION OF JACKSON WALKER LLP FOR
COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL FOR RANDY S. WILLIAMS, CHAPTER 7 TRUSTEE
FOR THE PERIOD FROM MARCH 16, 2021 THROUGH NOVEMBER 28, 2022**

CAME ON FOR CONSIDERATION *Jackson Walker LLP's Final Fee Application for Compensation of Fees and Reimbursement of Expenses as Special Counsel for Randy W. Williams, Chapter 7 Trustee for the Period from March 16, 2021 Through November 28, 2022* (the "Application") filed by Jackson Walker LLP ("JW"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Trustee, it is therefore

ORDERED, that JW is hereby allowed (and the Trustee is authorized to pay to JW) final compensation for attorneys' fees in the amount of $37,927.00 incurred from June 21, 2021 through November 28, 2022; it is further

ORDERED, that JW is hereby allowed (and the Trustee is authorized to pay to JW) reimbursement of expenses from the same period in the amount of $1,753.40; it is further

34545271v.1

2

ORDERED, that the fees and expenses previously awarded to JW in the Order approving

JW's interim fee application (ECF #170) are allowed on a final basis.

**Signed:  December 30, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

34545271v.1