IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| *In re*: | Chapter 11 |
| J.C. PENNEY COMPANY INC., *et al.*,[1] | Case No.: 20-20182 (DRJ) |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Lowenstein Sandler LLP hereby appears on behalf of PVH Corp. ("PVH"), pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). PVH hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in these cases, be given to and served upon the following:

Jeffrey L. Cohen
Robert M. Hirsh
Lindsay Sklar
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 telephone
(212) 262-7402 facsimile
E-mail: jcohen@lowenstein.com
rhirsh@lowenstein.com
lsklar@lowenstein.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J.C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

11768/19
05/27/2020 206494584.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which PVH, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 27, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

  */s/ Robert M. Hirsh*
Jeffrey L. Cohen
Robert M. Hirsh
Lindsay Sklar
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 telephone
(212) 262-7402 facsimile
E-mail: jcohen@lowenstein.com
         rhirsh@lowenstein.com
         lsklar@lowenstein.com
*Counsel to PVH Corp.*