IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-20182 |
| | § | |
| J. C. PENNEY COMPANY, INC., *et al.* | § | |
| | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered) |
| Debtor | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO ALL PARTIES IN INTEREST AND THIS HONOURABLE COURT:

PLEASE TAKE NOTICE that *The Che Chen Liu & Shu Fen Liu Revocable Trust* appears herein by and through the undersigned counsel and requests that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, as provided for or referred to by the Federal Rules of Civil Procedure; and/or other applicable Federal Statutes and Rules, be given to and served upon its attorneys, and that such service and notice be *e*-mailed or mailed to the following:

    Ronald P. St. Clair
    Law Offices of Ronald P. St. Clair
    101 California Street, Suite 2710
    San Francisco, CA 94111
    Telephone:    415.788.1708
    Facsimile:    415.795.4766
    rpstclair@gmail.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, statements, papers, and pleadings referred to in the Statutes and Rules specified above,

but also includes without limitation, orders and notices of any application, motion, petition, pleading request, complaint, demand, or other document brought before this Court in this case, whether transmitted or conveyed by mail, *e*-mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affect or seek to affect in any way the above-captioned case.

Dated: May 27, 2020                    Law Offices of Ronald P. St. Clair

/s/ *Ronald P. St. Clair*

By: _____
Ronald P. St. Clair
California State Bar No. 92429
101 California Street, Suite 2710
San Francisco, CA 94111
415.788.1708 Telephone
415.795.4766 Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of May, 2020, a true and correct copy of the foregoing document was served via CM/ECF notification upon all parties entitled to such notification in this case.

/s/ *Ronald P. St. Clair*
_____
Ronald P. St. Clair