To ,

**Honorable Judge David R. Jones**
United States Bankruptcy Court,
Southern District of Texas
133 N. Shoreline Blvd.
Corpus Christi, TX  78401
http://www.txs.uscourts.gov/bankruptcy/
Phone: 361.888.3142

<u>Subject:</u> JC Penney Company Inc. Case no. 20-20182.

Shareholders Petition to the bankruptcy court and Objection to Debtors petition filed in Docket 1 and Docket 25.

Respected Sir,

   I am an individual shareholder who is impacted by JC Penney's bankruptcy proceeding. We as a collective group of individual shareholders representing over almost 10 million in JC Penney equity have come together and put together a common petition through

- https://jcpshareholders.com/
- And https://www.change.org/p/southern-district-of-texas-bankruptcy-court-j-c-penney-bankruptcy-shareholder-s-rights-petition

And have mailed that petition to the court as an unified group of shareholders separately.

The attached petition is representing the 10 million plus equity holder who wanted their voice to be heard and who wanted justice in this case and wanted protection of their investment in this bankruptcy proceeding.

 We are looking up to you to help protect the rights and investments of these innocent investor whose lives will be devastated if they lose their entire lives worth of savings if the court approved the elimination of current equity holders' interest in the JC Penney's current assets.

Hope you will do justice and represent innocent investors in this proceeding.

Regards
Rahul Shekatkar
Individual JCP investor.
PO BOX 275
Pennington, NJ, 08534
C: 925-783-5903