**KIMBERLY M.J. SIMS**
State Bar No. 24046167
**PALTER SIMS MARTINEZ PLLC**
Preston Commons - East
8115 Preston Road, Suite 600
Dallas, Texas 75225
T: (214) 888-3106
F: (214) 888-3109

**ATTORNEY FOR RENEE MAGNANT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20-20182-DRJ |
| J. C. PENNEY COMPANY, INC., et al., | ) | |
| | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

Please take notice that the undersigned, as counsel for Renee Magnant requests that all pleadings filed and notices given in this case be given and served on her attorney:

**Kimberly M.J. Sims**
ksims@palterlaw.com
**PALTER SIMS MARTINEZ PLLC**
**8115 Preston Road, Suite 600**
**Dallas, Texas 75225**
**Tel: (214) 888-3106**

Please take further notice that the foregoing demand includes not only notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, fax or otherwise filed with regard to this case.

This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any rights: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court over any matter is improper or inappropriate.

Respectfully submitted,

/s/ Kimberly Sims

_____

**KIMBERLY M. J. SIMS**
State Bar No. 24046167
ksims@palterlaw.com

**PALTER SIMS MARTINEZ PLLC**
8115 Preston Road, Suite 600
Dallas, Texas 75225-8009
Tel: (214) 888-3106
Fax: (214) 888-3109

**ATTORNEY FOR RENEE MAGNANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served upon Debtors, counsel for the Debtors, the Chapter 11 and U.S. Trustee, and parties receiving ECF notices, on this 28th day of May, 2020, in accordance with the Federal and Local Rules of Bankruptcy Procedure.

                                                         s/ Kimberly Sims

                                                    **KIMBERLY M.J. SIMS**