**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **J. C. PENNEY COMPANY, INC.,** *et al.,* | § | **20-20182 (DRJ)** |
| | § | **(Chapter 11)** |
| | § | **Jointly Administered** |
| **DEBTORS**[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

| Members | Counsel for Member |
|---|---|
| 1. BOKF, N.A.<br>Attn: George Kubin<br>1600 Broadway, 3rd Floor<br>Denver, CO  80202<br>Tel. 303-864-7206<br>Fax 303-864-7219<br>E-Mail:   gkubin@bokf.com | Ropes & Gray, LLP<br>Mark Somerstein, Esq.<br>1211 Avenue of the Americas<br>New York, NY  10016<br>Tel. 212-841-8814<br>Fax 646-728-1663<br>E-Mail:<br>mark.somerstein@ropesgray.com |
| 2. Pension Benefit Guaranty Corporation<br>Attn:  Thomas Taylor<br>1200 K Street, N.W.<br>Washington D.C., 20005-4026<br>Tel. 202-229-3303<br>Fax 202-326-4114<br>E-Mail: taylor.thomas@pbgc.gov | Pension Benefit Guaranty Corporation<br>Joel Ruderman, Esq.<br>Kyle Svendsen, Esq.<br>Marc Pfeuffer, Esq.<br>Office of the General Counsel<br>1200 K Street N.W.<br>Washington, D.C. 20005-4026<br>Tel. 202-326-4020<br>Fax 202-326-4112<br>E-Mail:  ruderman.joel@pbgc.gov<br>svendsen.kyle@pbgc.gov<br>pfeuffer.marc@pbgc.gov |
| 3. UMB Bank, N.A.<br>Attn: Gavin Wilkinson<br>120 South Sixth Street, Suite 1400<br>Minneapolis, MN  55402<br>Tel. 612-337-7001<br>Fax 612-337-7039<br>E-Mail: gavin.wilkinson@umb.com | McDermott Will & Emery LLP<br>Kristin Going, Esq.<br>340 Madison Avenue<br>New York, NY  10173<br>Tel. 212-547-5429<br>Fax 212-547-5444<br>E-Mail: kgoing@mwe.com |
| 4.  Nike USA, Inc.<br>Attn:  Noel Runge<br>One Bowerman Drive<br>Beaverton, OR  97005<br>Tel. 503-532-9918<br>E-Mail:  noel.runge@nike.com | Anthony Saccullo, Esq.<br>27 Crimson King Drive<br>Bear, DE  19701<br>Tel. 302-836-8877<br>Fax 302-836-8787<br>E-Mail:  ams@saccullolegal.com |

| | |
|---|---|
| 5. Washington Prime Group Inc.<br>   Attn:  Stephen E. Ifeduba<br>   180 West Broad Street<br>   Columbus, OH  43215<br>   Tel. 614-621-9000<br>   Fax 614-621-8863<br>   E-Mail:<br>   stephen.ifeduba@washingtonprime.com | Frost Brown Todd LLC<br>Ronald E. Gold, Esq.<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH  45202<br>Tel. 513-651-6800<br>Fax 513-651-6981<br>E-Mail: rgold@fbtlaw.com |
| 6. Simon Property Group, Inc.<br>   Attn:  Ronald M. Tucker<br>   225 W. Washington Street<br>   Indianapolis, IN  46204<br>   Tel. 317-263-2346<br>   Fax 317-263-7901<br>   E-Mail:  rtucker@simon.com | |
| 7. PVH Corp.<br>   c/o Warren Gerber<br>   200 Madison Avenue<br>   New York, NY  10016<br>   Tel. 908-698-6345<br>   Fax 908-704-1908<br>   E-Mail:  warrengerber@pvh.com | Lowenstein Sadler LLP<br>Jeffrey L. Cohen, Esq.<br>1251 Avenue of the Americas<br>New York, NY  10020<br>Tel. 212-419-5868<br>Fax 973-597-2400<br>E-Mail:  jcohen@lowenstein.com |
| 8. Byer California<br>   c/o Tim Hanlon<br>   66 Potrero Avenue<br>   San Francisco, CA  94103<br>   Tel. 415-626-7844<br>   Fax 415-626-6649<br>   E-Mail:  thanlon@byer.com | |

| | |
|---|---|
| 9. Alfred Dunner, Inc.<br>   c/o Ray Barrick<br>   1333 Broadway, 11th Floor<br>   New York, NY  10018<br>   Tel. 212-944-6660<br>   E-Mail:  rbarrick@alfreddunner.net | ASK LLP<br>Edward E. Neiger, Esq.<br>Marianna Udem, Esq.<br>141 West 46th St., 4th Floor<br>New York, NY  10036<br>Tel. 212-267-7342<br>Fax 212-918-3427<br>E-Mail:  eneiger@askllp.com<br>             mudem@askllp.com |

Dated: May 28, 2020                              Respectfully Submitted,

                                                 HENRY G. HOBBS, JR.
                                                 ACTING UNITED STATES TRUSTEE
                                                 REGION 7, SOUTHERN and WESTERN
                                                 DISTRICTS OF TEXAS

                                                 By:    /s/ Hector Duran
                                                        Hector Duran
                                                        Trial Attorney
                                                        Texas Bar No. 00783996
                                                        515 Rusk, Suite 3516
                                                        Houston, TX 77002
                                                        Telephone: (713) 718-4650 x 241
                                                        Fax: (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 28th day of May, 2020.

                                                 /s/ Hector Duran
                                                 Hector Duran, Trial Attorney