# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| J.C. Penney Company, Inc., *et al.*[1] | § | Case No. 20-20182 |
| | § | |
| Debtors. | § | Jointly Administered |

## WITNESS AND EXHIBIT LIST FOR
## HEARINGS SCHEDULED ON JUNE 2, 2020

GRT Ray JCP, Inc., and Eden Prairie Center, LLC (the "*Landlords*"), designate the following witnesses and exhibits for the hearing scheduled before the Court in this case on **Tuesday, June 2, 2020**.

## WITNESSES

1. Any witness listed or called by any other party; and

2. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

## EXHIBITS

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | All exhibits presented or designated by any other party. | | | |
| | All exhibits necessary to rebut any exhibit presented or designated by any other party. | | | |

The Landlords ask that the Court take judicial notice of the pleadings, affidavits, and exhibits filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in this case.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

Dated: May 29, 2020 	Respectfully submitted,

**REED SMITH LLP**

By: */s/ Michael P. Cooley*
Keith M. Aurzada (SBN 24009880)
Michael P. Cooley (SBN 24034388)
REED SMITH LLP
2850 N. Harwood, Suite 1500
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
kaurzada@reedsmith.com
mpcooley@reedsmith.com

*and*

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Ivan M. Gold
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
T (415) 837-1515
igold@allenmatkins.com

*Counsel for GRT Ray JCP, Inc., and Eden Prairie Center, LLC*

## CERTIFICATE OF SERVICE

I certify that on May 29, 2020 a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic service in these cases.

                                        */s/ Michael P. Cooley*
                                         Michael P. Cooley