IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) ) ) | Case No. 20-20182 (DRJ) |
| Debtors. | ) ) | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING SCHEDULED FOR JUNE 4, 2020**

| | |
|---|---|
| Main Case No: 20-20182 (DRJ) | Name of Debtor: J. C. Penney Company, Inc, et al. |
| Adversary No: n/a | Style of Adversary: n/a |
| The Debtors may call the following witnesses: | Judge: David R. Jones |
| James Mesterharm, Managing Director, AlixPartners LLP (fact and expert witness) | Courtroom Deputy: Vriana Portillo |
| David Kurtz, Global Head of Restructuring, Lazard (fact and expert witness) | Hearing Date: June 4, 2020 |
| Any witness listed or called by any other party | Hearing Time: 9:00 A.M. |
| Any witness required for rebuttal or impeachment | Party's Name: Debtors |
| The Debtors' anticipated exhibits are listed below. The Debtors reserve the right to create and present demonstrative exhibits for use during witness testimony. | J. C. Penney Company, Inc., et al. |
| | Attorney's Name: Matthew D. Cavenaugh |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

1

## DEBTORS' EXHIBITS[2]

| Debtors' Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | JCP DIP Request for Proposal (JCP0002405–JCP0002416) | | | | |
| 2 | DIP Commitment Letter and Term Sheet - First Lien Group (JCP0009750–JCP0009791) | | | | |
| 3 | DIP Commitment Letter and Term Sheet - Crossholder Group (JCP0010488–JCP0010492) | | | | |
| 4 | Restructuring Support Agreement (JCP0010406–JCP0010486) | | | | |
| 5 | Debtors' Capital Structure Chart (JCP00010487) | | | | |
| 6 | DIP Budget (JCP00010493) | | | | |
| 7 | Intercreditor and Collateral Cooperation Agreement Among Wells Fargo Bank, N.A., Wilmington Trust, N.A., each Other Representative From Time to Time Party Hereto, J.C. Penney Corporation, Inc., and the Other Guarantors Party Hereto (June 23, 2016) (JCP0009859–JCP0009903) | | | | |
| 8 | Pari Passu Intercreditor Agreement dated June 23, 2016 (JCP0009792–JCP0009858) | | | | |
| 9 | Junior Priority Intercreditor Agreement dated March 12, 2018 (JCP0010281–JCP0010313) | | | | |
| 10 | Term Loan Agreement (JCP0009904–JCP0010280) | | | | |
| 11 | First Lien Notes Indenture (JCP0010314–JCP0010405) | | | | |
| 12 | May 15, 2020 Milbank DIP Proposal (AM) (JCP0005220–JCP0005319) | | | | |
| 13 | May 15, 2020 Email Chain (JCP0006138–JCP0006139) | | | | |

---

[2]   Certain documents may be confidential and, if so, will be offered, if at all, under seal or in redacted form.

| Debtors' Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 14 | May 15, 2020 Milbank DIP Proposal (PM) (JCP0006146–JCP0006220) | | | | |
| 15 | May 19, 2020 DIP Proposal - Crossholder Group (JCP0004179–JCP0004186) | | | | |
| 16 | May 24, 2020 JCP Response to Crossholder Group DIP Proposal (JCP0004187–JCP0004200) | | | | |
| 17 | May 24, 2020 Response of Crossholder Group re DIP Proposal (JCP0004201–JCP0004220) | | | | |
| 18 | May 15 Board Presentation (JCP0004053–JCP0004091) | | | | |
| 19 | May 28 Board Presentation (JCP0010503–JCP0010514) | | | | |
| 20 | Interim Order (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 108] | | | | |
| 21 | Declaration and Expert Report of James E. Mesterharm in Support of the Debtors' Motion for Entry of a Final Order Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code  [Docket No. 452] | | | | |
| 22 | Declaration and Expert Report of David Kurtz in Support of the Debtors' Motion for Entry of a Final Order Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code  [Docket No. 453] | | | | |

The Debtors reserve the right to offer some, all, or none of these Exhibits at the hearing. The Debtors also reserve the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the hearing.

Respectfully Submitted,
June 2, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Aparna Yenamandra (admitted *pro hac vice* |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christopher.marcus@kirkland.com |
| kpeguero@jw.com | aparna.yenamandra@kirkland.com |
| vpolnick@jw.com | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

      I certify that on June 2, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Matthew D. Cavenaugh*
                                                Matthew D. Cavenaugh