IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING SCHEDULED
FOR JUNE 2, 2020, AT 3:00 P.M. (PREVAILING CENTRAL TIME), BEFORE
JUDGE DAVID R. JONES AT THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, AT UNITED STATES BANKRUPTCY
COURTHOUSE, 1133 N. SHORELINE BLVD., CORPUS CHRISTI, TEXAS 78401**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for matters set for hearing on June 2, 2020, at 3:00 p.m. (prevailing Central Time).

## I. WORK FEES MOTION

1. Debtors' Emergency Motion for Entry of an Order Approving Procedures to Pay Fees and Expenses of Potential Investors in Connection with the Market Test [Docket No. 267].

    Responses Received:

    A. Declaration and Expert Report of David Kurtz in Support of the Debtors' Motion to Approve Procedures to Pay Fees and Expenses of Potential Investors in Connection with the Market Test [Docket No. 385].

    Related Documents:

    A. *Proposed* Order Approving Procedures to Pay Fees and Expenses of Potential Investors in Connection with the Market Test [Docket No. 459].

    **Status**: This matter is going forward.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

## II.     WITNESS-EXHIBIT LISTS

2. Exhibit and Witness List of the Ad Hoc Crossholder Group for the June 2, 2020 Hearing [Docket No. 343].

3. Debtors' Witness and Exhibit List for Hearing Scheduled for June 2, 2020 [Docket No. 344].

    i. Debtors' Amended Witness List for Hearing Scheduled June 2, 2020 [Docket No. 386].

4. Landlords' Witness and Exhibit List for Hearing on June 2, 2020 [Docket No. 346].

5. Ad Hoc Group of First Lienholders' Witness and Exhibit List for Hearing on June 2, 2020 [Docket No. 354].

6. GRT Ray JCP, Inc. and Eden Prairie Center, LLC's Witness and Exhibit List of Hearings Scheduled on June 2, 2020 [Docket No. 375].

7. Landlords' Witness and Exhibit List for Hearings Scheduled on June 2, 2020 [Docket No. 376].

Respectfully Submitted,
June 2, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Aparna Yenamandra (admitted *pro hac vice* |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christopher.marcus@kirkland.com |
| kpeguero@jw.com | aparna.yenamandra@kirkland.com |
| vpolnick@jw.com | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

I certify that on June 2, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh