# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF REVISED BUDGET PURSUANT TO FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on June 5, 2020, the Court entered the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* (the "Final DIP Order") [Docket No. 566].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 21 of the Final Dip Order, the Debtors are filing a revised Initial Approved DIP Budget, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/JCPenney/Home-Index. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth on the Court's website.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

26011105v.1

Respectfully Submitted,
June 7, 2020

/s/ *Matthew D. Cavenaugh*

| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Christopher Marcus, P.C. (admitted *pro hac*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Aparna Yenamandra (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christopher.marcus@kirkland.com |
| kpeguero@jw.com | aparna.yenamandra@kirkland.com |
| vpolnick@jw.com | |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

2

26011105v.1

## **Certificate of Service**

      I certify that on June 7, 2020, I caused a copy of the foregoing Notice to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Matthew D. Cavenaugh*
                                            Matthew D. Cavenaugh

# EXHIBIT A

## Revised DIP Budget

26011105v.1

**J.C. Penney Company, Inc.**
Initial Approved Budget
(US $ MMs)

Actuals Through: 5/30/2020

| | A/F Fiscal Month Fiscal Week Year Week Ending | A May 16 FY20 23-May | A May 17 FY20 30-May | F May 18 FY20 6-Jun | F Jun 19 FY20 13-Jun | F Jun 20 FY20 20-Jun | F Jun 21 FY20 27-Jun | F Jun 22 FY20 4-Jul | F Jul 23 FY20 11-Jul | F Jul 24 FY20 18-Jul | F Jul 25 FY20 25-Jul | F Jul 26 FY20 1-Aug | F Aug 27 FY20 8-Aug | F Aug 28 FY20 15-Aug | F Aug 29 FY20 22-Aug | F Aug 30 FY20 29-Aug | F Aug 31 FY20 5-Sep | F Sep 35 FY20 3-Oct | F Oct 39 FY20 31-Oct | F Nov 44 FY20 5-Dec | Total 23-May thru 5-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Net Sales | $ 53 | $ 71 | $ 75 | $ 83 | $ 102 | $ 99 | $ 110 | $ 114 | $ 121 | $ 142 | $ 160 | $ 162 | $ 157 | $ 140 | $ 129 | $ 115 | $ 444 | $ 433 | $ 1,024 | $ 3,735 |
| **Collections & Disbursements** | | | | | | | | | | | | | | | | | | | | | |
| | *Cash Receipts* | | | | | | | | | | | | | | | | | | | | |
| 1 | Sales Receipts | $ 41 | $ 61 | $ 78 | $ 86 | $ 102 | $ 105 | $ 111 | $ 118 | $ 124 | $ 142 | $ 163 | $ 170 | $ 167 | $ 153 | $ 139 | $ 126 | $ 474 | $ 459 | $ 1,047 | $ 3,866 |
| 2 | Other Receipts | 6 | 4 | 1 | 0 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 5 | 1 | 71 | 7 | 9 | 129 |
| | **Total Collections** | $ 47 | $ 66 | $ 79 | $ 86 | $ 103 | $ 106 | $ 113 | $ 119 | $ 125 | $ 155 | $ 164 | $ 170 | $ 168 | $ 155 | $ 145 | $ 127 | $ 545 | $ 466 | $ 1,056 | $ 3,996 |
| | *Operating Disbursements* | | | | | | | | | | | | | | | | | | | | |
| 3 | Domestic Merchandise Vendor | $ - | $ (1) | $ (1) | $ (33) | $ (23) | $ (24) | $ (82) | $ (61) | $ (45) | $ (40) | $ (63) | $ (55) | $ (62) | $ (44) | $ (32) | $ (51) | $ (149) | $ (175) | $ (132) | $ (1,073) |
| 4 | Import Merchandise Vendor | (0) | (0) | - | (7) | (23) | (42) | (32) | (34) | (26) | (13) | (15) | (21) | (47) | (43) | (32) | (40) | (137) | (120) | (97) | (728) |
| 5 | Sales, Use, and Other Taxes | (6) | (1) | (1) | (0) | (8) | (9) | (1) | (1) | (4) | (18) | (6) | (2) | (15) | (12) | (9) | (2) | (48) | (31) | (31) | (206) |
| 6 | Freight, Duty, and Broker | (4) | (6) | (3) | (6) | (4) | (5) | (4) | (5) | (8) | (28) | (6) | (6) | (8) | (26) | (6) | (6) | (52) | (67) | (44) | (295) |
| 7 | Payroll and Benefits | (4) | (13) | (14) | (34) | (18) | (33) | (15) | (38) | (21) | (22) | (35) | (24) | (42) | (47) | (34) | (30) | (146) | (104) | (164) | (840) |
| 8 | Occupancy[1] | (6) | (2) | (4) | (41) | (8) | (5) | (20) | (25) | (8) | (3) | (22) | (22) | (8) | (4) | (6) | (20) | (62) | (42) | (68) | (374) |
| 9 | Non-Marketing Operating (NFR) | (1) | (2) | (14) | (20) | (13) | (11) | (11) | (15) | (13) | (14) | (30) | (20) | (19) | (13) | (14) | (21) | (61) | (58) | (98) | (447) |
| 10 | Marketing | (0) | (2) | (2) | (15) | (1) | (1) | (25) | (4) | (1) | (1) | (3) | (17) | (4) | (6) | (7) | (25) | (20) | (31) | (74) | (237) |
| 11 | Other | (1) | (3) | (3) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (14) | - | (90) | (158) |
| | **Total Operating Disbursements** | $ (21) | $ (29) | $ (41) | $ (160) | $ (101) | $ (134) | $ (194) | $ (187) | $ (130) | $ (143) | $ (184) | $ (170) | $ (208) | $ (199) | $ (144) | $ (199) | $ (689) | $ (626) | $ (796) | $ (4,357) |
| | *Non-Operating Disbursements* | | | | | | | | | | | | | | | | | | | | |
| 12 | Debt Service and Fees | (7) | (1) | (20) | (1) | (1) | (1) | (8) | (12) | (19) | (1) | (9) | (17) | (1) | (1) | (1) | (10) | (13) | (17) | (210) | (344) |
| 13 | Restructuring Professionals | (2) | - | - | - | (0) | - | - | - | (0) | (0) | (1) | (13) | (0) | (0) | - | (14) | (18) | (4) | (85) | (138) |
| 14 | Other Non-Operating | - | (0) | (3) | (2) | (2) | (2) | (2) | (1) | (1) | (1) | (2) | (1) | (1) | (1) | (1) | (1) | (5) | (5) | (5) | (39) |
| | **Total Non-Operating Disbursements** | $ (9) | $ (1) | $ (23) | $ (3) | $ (3) | $ (3) | $ (10) | $ (14) | $ (20) | $ (3) | $ (11) | $ (31) | $ (2) | $ (2) | $ (2) | $ (25) | $ (36) | $ (25) | $ (300) | $ (521) |
| | **Net Cash Flow** | $ 17 | $ 35 | $ 16 | $ (77) | $ (1) | $ (30) | $ (91) | $ (82) | $ (25) | $ 8 | $ (31) | $ (31) | $ (42) | $ (46) | $ (1) | $ (97) | $ (180) | $ (186) | $ (40) | $ (883) |
| **Liquidity** | | | | | | | | | | | | | | | | | | | | | |
| | *Short Term Investments Position* | | | | | | | | | | | | | | | | | | | | |
| 15 | Book Cash - Beginning | $ 476 | $ 500 | $ 537 | $ 778 | $ 701 | $ 700 | $ 670 | $ 579 | $ 497 | $ 472 | $ 480 | $ 449 | $ 419 | $ 377 | $ 331 | $ 330 | $ 233 | $ 53 | $ - | $ 476 |
| 16 | Plus: Net Cash Flow | 17 | 35 | 16 | (77) | (1) | (30) | (91) | (82) | (25) | 8 | (31) | (31) | (42) | (46) | (1) | (97) | (180) | (186) | (40) | (883) |
| 17 | Plus: Revolver Draw/(Paydown) | 6 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9 | 15 |
| 18 | Plus: DIP Draw/(Paydown) | - | - | 225 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 133 | 92 | 450 |
| 19 | Plus: Treasury Adjustment | 1 | 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| | **Short Term Investments - Ending** | $ 500 | $ 537 | $ 778 | $ 701 | $ 700 | $ 670 | $ 579 | $ 497 | $ 472 | $ 480 | $ 449 | $ 419 | $ 377 | $ 331 | $ 330 | $ 233 | $ 53 | $ - | $ 61 | $ 61 |
| 20 | DIP/Escrow Cash | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 92 | $ - | $ - |
| 21 | Prof Fee Carveout Escrow | - | - | (15) | (15) | (19) | (19) | (26) | (26) | (34) | (34) | (42) | (33) | (33) | (40) | (40) | (37) | (39) | (41) | - | - |
| 22 | Posted ABL Cash Collateral / Cash Collateral L/C | - | - | - | - | - | - | - | (10) | (21) | - | - | - | - | - | (22) | (38) | - | - | - | - |
| | **Total Short Term Investments and Escrowed Funds** | $ 500 | $ 537 | $ 763 | $ 687 | $ 681 | $ 651 | $ 553 | $ 461 | $ 642 | $ 671 | $ 632 | $ 611 | $ 569 | $ 516 | $ 494 | $ 383 | $ 239 | $ 51 | $ 61 | $ 61 |
| | *Pre-Petition ABL Borrowing Base and Availability* | | | | | | | | | | | | | | | | | | | | |
| 23 | Effective Borrowing Base | $ 1,593 | $ 1,595 | $ 1,595 | $ 1,567 | $ 1,595 | $ 1,578 | $ 1,563 | $ 1,544 | $ 1,532 | $ 1,572 | $ 1,577 | $ 1,581 | $ 1,532 | $ 1,515 | $ 1,490 | $ 1,472 | $ 1,562 | $ 1,751 | $ 1,743 | $ 1,743 |
| 24 | Less: Outstanding ABL Draws | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,186) | (1,195) | (1,195) |
| 25 | Less: Letters of Credit | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) | (213) |
| | **Subtotal** | $ 194 | $ 195 | $ 195 | $ 167 | $ 196 | $ 179 | $ 163 | $ 145 | $ 132 | $ 173 | $ 178 | $ 182 | $ 133 | $ 115 | $ 90 | $ 73 | $ 163 | $ 352 | $ 334 | $ 334 |
| 26 | Less: Pre-Petition Minimum Excess Availability | $ (159) | $ (159) | $ (159) | $ (157) | $ (160) | $ (158) | $ (156) | $ (154) | $ (153) | $ (157) | $ (158) | $ (158) | $ (115) | $ (114) | $ (112) | $ (110) | $ (117) | $ (131) | $ (131) | (131) |
| 27 | Plus: Posted ABL Cash Collateral | - | - | - | - | - | - | - | 10 | 21 | - | - | - | - | - | 22 | 38 | - | - | - | - |
| | **Total** | $ 34 | $ 36 | $ 36 | $ 10 | $ 36 | $ 21 | $ 7 | $ - | $ - | $ 15 | $ 20 | $ 24 | $ 18 | $ 2 | $ - | $ - | $ 46 | $ 220 | $ 203 | $ 203 |

Notes:
(1) The Debtors have filed a motion seeking to defer the payment of June 2020 and July 2020 rent until July 15th pursuant to Section 365(d)(3) of the Bankruptcy Code [Docket No. 338] (the "365(d)(3) Motion").
  The Court is scheduled to consider the relief requested in the 365(d)(3) Motion on June 11, 2020. This Initial Approved Budget does not take into account the relief requested in the 365(d)(3) Motion.
  To the extent such relief is granted on June 11, 2020, 100% of the June 2020 and July 2020 rent will be paid on July 15, 2020
    (subject to any rent deferral or abatement agreements entered into or agreed upon with individual landlords prior to such date).
(2) The Debtors have sought court authorization but not direction to pay 503(b)(9) payments during the pendency of the cases. For the purpose of the Initial Approved Budget these costs are assumed to be paid in full
  at emergence along with other emergence costs in November 2020.