**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFIED STATEMENT OF THE FIRST
LIEN MINORITY GROUP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the ad hoc group (the "First Lien Minority Group") comprising certain unaffiliated holders of (i) term loans under that certain Amended and Restated Credit and Guaranty Agreement, dated as of June 23, 2016 (as amended, restated, modified or supplemented from time to time, the "Term Loans"), by and among, *inter alios*, J.C. Penney Corporation, Inc. ("J.C. Penney Corp." and, together with certain of its direct and indirect subsidiaries, the "Debtors"), as borrower, and the lenders party thereto, (ii) 5.875% first lien senior secured notes due July 2023 issued by J.C. Penney Corp. on June 23, 2016 ("First Lien Notes") and (iii) 8.625% second lien secured notes due March 2025 issued by J.C. Penney Corp. ("Second Lien Notes"), by and through its undersigned counsel, hereby submits this verified statement (the "Verified Statement"), and respectfully states as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney.  The location of Debtor J.C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

1.      The First Lien Minority Group engaged Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") on September 8, 2020 to represent it in connection with the Debtors' chapter 11 cases.

2.      As of the date of this Verified Statement, Akin Gump represents only the First Lien Minority Group.  Akin Gump does not represent the First Lien Minority Group as a "committee" (as such term is employed by the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest or other entity that has not signed a retention agreement with Akin Gump.  In addition, the First Lien Minority Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

3.      Akin Gump has been advised by the members of the First Lien Minority Group that the individual members of the First Lien Minority Group either hold claims, or manage, advise or sub-advise funds and/or accounts that hold claims, against the Debtors' estates.  In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names, addresses and the "nature and amount of all disclosable economic interests" held by each member of the First Lien Minority Group in relation to the Debtors as represented to Akin Gump.

4.      The information set forth on **Exhibit A**, which is based on information provided by the applicable First Lien Minority Group members, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.  By filing this Verified Statement, Akin Gump makes no representation with respect to the amount, allowance, validity, or priority of such claims and reserves all rights with respect thereto.  Akin Gump does not own, nor has Akin Gump ever owned, claims against or interests in the Debtors except for claims for services rendered to the First Lien Minority Group.

5.      Amounts set forth in this disclosure exclude accrued and unpaid interest, costs, fees, redemption premiums or other amounts to which the members of the First Lien Minority Group may be entitled.  Nothing contained herein (or the **Exhibit A** hereto) should be construed as a limitation upon, or waiver of, any of the First Lien Minority Group members' right to assert, file and/or amend any claims in accordance with applicable law and any orders entered in these chapter 11 cases.

6.      Akin Gump reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

[*Remainder of page intentionally left blank.*]

Dated: September 30, 2020
      Houston, Texas

Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**
*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.
State Bar No. 00793386; S.D. Tex. No. 30464
Lacy M. Lawrence
State Bar No. 24055913; S.D. Tex. No. 995675
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343
Email:  mbrimmage@akingump.com
Email:  llawrence@akingump.com

-and-

Ira S. Dizengoff (*pro hac vice* admission pending)
Philip C. Dublin (*pro hac vice* admission pending)
Brad Kahn (*pro hac vice* admission pending)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Email:  idizengoff@akingump.com
Email:  pdublin@akingump.com
Email:  bkahn@akingump.com

*Counsel to the First Lien Minority Group*

4

## CERTIFICATE OF SERVICE

I certify that on September 30, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and by U.S. Mail to the U.S. Trustee.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**Exhibit A[1]**

| Name[2] | Address | Aggregate Principal Amount of Term Loans | Aggregate Principal Amount of First Lien Notes | Aggregate Principal Amount of Second Lien Notes | Aggregate Principal Amount of Unsecured Bonds[3] | Aggregate Principal Amount of DIP Loans[4] |
|---|---|---|---|---|---|---|
| Aurelius Capital Management, LP | 535 Madison Ave. 31st Floor New York, NY 10022 | $45,384,990.00 | $8,000,000.00 | | $2,000.00 | $12,021,949.00 |
| Avenue Europe International Management, L.P. | 11 West 42nd St. New York, NY 10036 | | $8,616,000.00 | | | $1,646,000.00 |
| Bank of America, N.A. | 900 West Trade St. Charlotte, NC 28202 | $3,080,460.00 | | | | |
| BofA Securities, Inc. | One Bryant Park New York, NY 10036 | | $12,562,000.00 | $31,566,000.00 | $52,416,992.00 | |

[1]   In accordance with Bankruptcy Rule 2019, the nature and amount of an institution's "disclosable economic interests" set forth herein are as reported to Akin Gump as of the date hereof.  The amounts set forth herein (i) include only the outstanding principal amounts of the applicable debt and do not include accrued and unpaid interest, fees, or other amounts that may be owing under the applicable debt documents, and (ii) assume that any unsettled trades have in fact settled.

[2]   The members of the First Lien Minority Group are listed here (i) as entities that hold disclosable economic interests directly or (ii) on behalf of certain of their affiliates or affiliated investment funds or investment funds, accounts, vehicles or other entities that hold disclosable economic interests that are managed, advised or sub-advised by the members of the First Lien Minority Group.

[3]   "Unsecured Bonds" means, collectively, those certain (i) 5.65% senior unsecured notes due 2020 issued by J. C. Penney Corp. and J. C. Penney Company ("J. C. Penney Co."), Inc., (ii) 7.125% unsecured debentures due 2023 issued by J. C. Penney Corp., (iii) 6.90% unsecured debentures due 2026 issued by J. C. Penney Corp., (iv) 6.375% senior unsecured notes due 2036 issued by J. C. Penney Corp. and J. C. Penney Co., (v) 7.40% unsecured debentures due 2037 issued by J. C. Penney Corp., and (vii) 7.625% unsecured debentures due 2097 issued by J. C. Penney Corp. and J. C. Penney Co.

[4]   "DIP Loans" means those loans incurred under that certain Superpriority Senior Secured Debtor-In-Possession Credit and Guaranty Agreement, dated as of June 8, 2020 (as amended, restated, or supplemented to date).

| Name[2] | Address | Aggregate Principal Amount of Term Loans | Aggregate Principal Amount of First Lien Notes | Aggregate Principal Amount of Second Lien Notes | Aggregate Principal Amount of Unsecured Bonds[3] | Aggregate Principal Amount of DIP Loans[4] |
|---|---|---|---|---|---|---|
| Canaras Capital Management, LLC | 130 West 42nd St. Suite 1500 New York, NY 10036 | $3,957,971.74 | | | | |
| Carlson Capital, L.P. | 2100 McKinney Ave. Suite 1800 Dallas, TX 75201 | $20,901,587.84 | $5,000,000.00 | $26,440,000.00 | | $4,952,741.94 |
| Cetus Capital LLC | 8 Sound Shore Dr. Suite 303 Greenwich, CT 06830 | $7,924,326.10 | $28,962,000.00 | $43,125,000.00 | | $5,538,000.00 |
| Credit Suisse Loan Funding LLC | Eleven Madison Ave. 4th Floor New York, NY 10010 | $3,924,276.67 | $8,000,000.00 | $11,798,000.00 | $6,812,000.00 | $4,375,607.74 |
| D.E. Shaw Galvanic Portfolios, L.L.C. | 1166 Avenue of the Americas 9th Floor New York, NY 10036 | $11,591,451.36 | $24,346,000.00 | | | $2,014,174.66 |
| First Pacific Advisors, LP | 11601 Wilshire Blvd. Suite 1200 Los Angeles, CA 90025 | $30,894,957.47 | | | | $6,939,939.08 |
| FS Global Advisor, LLC | 201 Rouse Blvd. Philadelphia, PA 19112 | $6,338,421.00 | $2,000,000.00 | | | $1,596,006.00 |
| GoldenTree Asset Management LP | 300 Park Ave. 21st Floor New York, NY 10022 | $6,621,309.00 | | $28,535,000.00 | | $1,265,978.00 |
| LMR Partners LLC | 363 Lafayette St. 10th Floor New York, NY 10012 | | $35,057,000.00 | | | $2,576,000.00 |

| Name[2] | Address | Aggregate Principal Amount of Term Loans | Aggregate Principal Amount of First Lien Notes | Aggregate Principal Amount of Second Lien Notes | Aggregate Principal Amount of Unsecured Bonds[3] | Aggregate Principal Amount of DIP Loans[4] |
|---|---|---|---|---|---|---|
| MFP Partners, L.P. | 909 3rd Ave. 33rd Floor New York, NY 10022 | $4,197,456.70 | | | | $802,543.30 |
| MSD Partners, L.P. | 645 Fifth Ave. 21st Floor New York, NY 10022 | $12,617,809.00 | $5,851,000.00 | | | $7,031,190.54 |
| Par Four Investment Management LLC | 50 Tice Blvd. Suite 314 Woodcliff Lake, NJ 07677 | $4,583,143.84 | | | | |

| | Aggregate Principal Amount of Term Loans | Aggregate Principal Amount of First Lien Notes | Aggregate Principal Amount of Second Lien Notes | Aggregate Principal Amount of Unsecured Bonds | Aggregate Principal Amount of DIP Loans |
|---|---|---|---|---|---|
| **Total** | **$162,018,161.18** | **$138,394,000.00** | **$141,464,000.00** | **$59,230,992.00** | **$50,760,130.26** |

3