IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) ) ) | Case No. 20-20182 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF EXECUTED ASSET PURCHASE AGREEMENT
AND FILING OF KEY TRANSACTION DOCUMENTS**

The Debtors hereby file the executed Asset Purchase Agreement (subject to Bankruptcy Court approval) and the filing of the Key Transaction Documents as set forth below:

- the executed *Asset Purchase Agreement, dated as of October [], 2020, by and among Copper Retail JV LLC and Copper BidCo LLC, as Purchasers, and J.C. Penney Company, Inc., as the Company and the Other Sellers Named Herein*, as **Exhibit 1** with a redline attached to the version filed on October 20, 2020 as **Exhibit 2**

  - that certain Patent Assignment Agreement as **Exhibit B** to the Asset Purchase Agreement

  - that certain Trademark Assignment Agreement as **Exhibit C** to the Asset Purchase Agreement

  - that certain Copyright Assignment Agreement as **Exhibit D** to the Asset Purchase Agreement

  - that certain Domain Name Assignment Agreement as **Exhibit E** to the Asset Purchase Agreement

  - that certain Form of Deed as **Exhibit F** to the Asset Purchase Agreement

  - that certain Assignment and Assumption of Lease as **Exhibit G** to the Asset Purchase Agreement

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

- that certain *Credit and Guaranty Agreement, dated as of [], 2020, by and among [], as Borrower, [], as Holdings, Certain Subsidiaries of Borrower, as Guarantors, the Lenders Party Hereto from Time to Time, as Lenders, GLAS USA LLC, as Administrative Agent, and GLAS Americas LLC, as Collateral Agent*, as **Exhibit J** to the Asset Purchase Agreement

- that certain Transition Services Agreement as **Exhibit K** to the Asset Purchase Agreement

- that certain Escrow Agreement as **Exhibit L** to the Asset Purchase Agreement

- that certain Earnout Agreement as **Exhibit N** to the Asset Purchase Agreement

- that certain Benefits Transition Services Agreement as **Exhibit O** to the Asset Purchase Agreement

- that certain amendment to the Restructuring Support Agreement reflecting the foregoing as **Exhibit 3**

- that certain direction letter described in the Asset Purchase Agreement as **Exhibit 4**

Respectfully Submitted,
October 28, 2020

/s/ *Matthew D. Cavenaugh*

| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Aparna Yenamandra (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christopher.marcus@kirkland.com |
| kpeguero@jw.com | aparna.yenamandra@kirkland.com |
| vpolnick@jw.com | |

*Co-Counsel to the Debtors and Debtors in Possession*   *Co-Counsel to the Debtors and Debtors in Possession*