**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) ) ) | Case No. 20-20182 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered)<br>(Emergency Hearing Requested) |

**DEBTORS' (I) NOTICE OF GLOBAL
SETTLEMENTS WITH THE (A) MINORITY FIRST LIEN
LENDERS AND (B) UNSECURED CREDITORS COMMITTEE
AND (II) <u>EMERGENCY</u> MOTION TO POSTPONE SALE HEARING**

> **EMERGENCY RELIEF HAS BEEN REQUESTED.  IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER.  IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**
>
> **THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.  RELIEF IS REQUESTED NO LATER THAN NOVEMBER 2, 2020.**

With the assistance of Judge Marvin Isgur, JCP and the Majority Group of First Lien Lenders represented by Milbank have reached agreement in principle on a global settlement with the Minority Group of First Lien Lenders represented by Akin Gump Strauss Hauer & Feld LLP.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney.  The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

The settlement will resolve all objections to the entry of the APA and confirmation of the Plan. **The global settlement will be reflected in a settlement agreement to be approved pursuant to the proposed Sale Order.**

1.      JCP has also reached agreement in principal on a global settlement (the "UCC Settlement") with the Unsecured Creditors Committee, which will resolve all objections to the entry of the APA and confirmation of the Plan.  **The UCC Settlement will be reflected in the amended versions of the Plan and the Sale Order.**[2]

2.      JCP, Simon and Brookfield, and the Majority Lenders continue to finalize the Master Lease Agreement documentation to reflect the previously agreed upon resolution of all open business issues through mediation with Judge Isgur.  As a result, the Debtors are seeking entry of an order granting an adjournment of the Sale Hearing scheduled for November 2, 2020, at 1:00 p.m. prevailing Central Time, to November 9, 2020, at a time convenient for the Court. The Debtors have advised counsel to the Ad Hoc Equity Committee of this short adjournment and there is no objection.  Now, with widespread consensus and all regulatory approvals in hand, JCP stands ready to move forward and effectuate a value maximizing reorganization well ahead of the holidays.

---

[2]      As used herein, the "Sale Order" shall mean the *Order (I) Authorizing (A) Entry into and Performance Under the Asset Purchase Agreement and (B) the Sale of the OpCo Acquired Assets and the PropCo Acquired Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (C) Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 1685].

Houston, Texas
November 2, 2020

/s/ *Matthew D. Cavenaugh*
_____

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Kristhy M. Peguero (TX Bar No. 24102776)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email:          mcavenaugh@jw.com
                jwertz@jw.com
                kpeguero@jw.com
                vpolnick@jw.com

*Co-Counsel to the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                christopher.marcus@kirkland.com
                aparna.yenamandra@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

## <u>Certificate of Service</u>

I certify that on November 2, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/Matthew D. Cavenaugh*
Matthew D. Cavenaugh