IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
11/09/2020

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER**             (Docket No. 1765)

Upon the *Emergency Motion Of The First Lien Minority Group For Entry Of An Order Authorizing The Group To File Under Seal Exhibits For The Hearing On November 9, 2020 At 10:30 AM CT* (the "Motion to Seal")[2] in the above-captioned cases seeking entry of an order pursuant to Bankruptcy Code sections 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9037-1; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion to Seal and all objections to the Motion to Seal; and upon any hearing held on the Motion to Seal; and this Court having determined that the legal and factual bases set forth in the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion to Seal.

1

Motion to Seal and at any hearing held on the Motion to Seal establish cause for the relief sought by the Motion to Seal; and upon all of the proceedings had before this Court; and after due deliberation, it is HEREBY ORDERED THAT:

1. The First Lien Minority Group is authorized to file under seal the exhibits in the Exhibit List under seal pursuant to Bankruptcy Code sections 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9037-1.

2. The First Lien Minority Group is authorized to cause unsealed copies of the exhibits in the Exhibit List to be served on and made available, on a confidential basis, to (a) the Court, (b) the U.S. Trustee, (c) any other party as may be ordered by the Court; and (d) parties to the Protective Order.

3. Notice of the Motion to Seal as provided therein shall be deemed good and sufficient notice of such Motion to Seal and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

4. The First Lien Minority Group is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to implementation, interpretation, and enforcement of this Order.

Signed: November 09, 2020.

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**