IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) Case No. 20-20182 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF OPCO CLOSING

**PLEASE TAKE NOTICE** that, on October 28, 2020, the Debtors entered into an asset purchase agreement (as amended, modified or supplemented from time to time, the "Asset Purchase Agreement")[2] for the sale of the OpCo Acquired Assets and the PropCo Acquired Assets. The Debtors filed the executed Asset Purchase Agreement as Exhibit 1 to the *Notice of Executed Asset Purchase Agreement and Filing of Key Transaction Documents* [Docket No. 1668].

**PLEASE TAKE FURTHER NOTICE** that, on November 9, 2020, the United States Bankruptcy Court for the Southern District of Texas held a hearing and entered an order [Docket No. 1814] (the "Sale Order") authorizing and approving entry into the Asset Purchase Agreement and the transactions contemplated thereunder.

**PLEASE TAKE FURTHER NOTICE** that, on December 7, 2020, the OpCo Closing occurred in accordance with the Asset Purchase Agreement and Sale Order.

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Asset Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Asset Purchase Agreement, the Sale Order, or related documents, you may: (a) access the Debtors' restructuring website at https://cases.primeclerk.com/JCPenney; or (b) obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at http://www.txs.uscourts.gov.

Respectfully Submitted,
December 7, 2020

*/s/ Matthew D. Cavenaugh*

| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Kristhy M. Peguero (TX Bar No. 24102776) | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Aparna Yenamandra (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christopher.marcus@kirkland.com |
| kpeguero@jw.com | aparna.yenamandra@kirkland.com |
| vpolnick@jw.com | |

*Co-Counsel to the Debtors and Debtors in Possession*   *Co-Counsel to the Debtors and Debtors in Possession*