**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**JOINT STIPULATION AND AGREED
ORDER AMONG THE DEBTORS, THE MILBANK GROUP,
AND WILMINGTON TRUST, NATIONAL ASSOCIATION, AS INDENTURE
TRUSTEE, RELATED TO THE MOTION TO RECONSIDER [DOCKET NO. 2024]**

J. C. Penney Company, Inc. and its affiliated debtors and debtors in possession in the above-captioned jointly-administered cases (collectively, the "Debtors"), those certain ad hoc groups of prepetition first lien lenders represented by Milbank LLP (the "Milbank Group"), and Wilmington Trust, National Association, in its capacity as Indenture Trustee ("WTNA" and together with the Debtors, and the Milbank Group, the "Parties") for the 5.875% senior secured notes due July 2023 (the "First Lien Notes") issued under that certain indenture as of June 23, 2016 (as further modified, supplemented and/or amended and in effect on the date hereof, the "Indenture") have agreed to this stipulation (this "Stipulation") on the following terms and conditions, and respectfully submit this proposed stipulation and agreed order as follows:

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney.  The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

## RECITALS

WHEREAS, on May 15, 2020, the Debtors filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

WHEREAS, on October 20, 2020, the Debtors filed the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing (A) Entry into and Performance Under the Asset Purchase Agreement, (B) the Sale of the OpCo Acquired Assets and the PropCo Acquired Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (C) Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 1592] (the "Sale Motion");

WHEREAS, on November 10, 2020, the Court entered an order approving the Sale Motion [Docket No. 1814] (the "Sale Order");[2]

WHEREAS, on November 23, 2020, WTNA filed *Wilmington Trust, National Association's Motion to Alter or Amend this Court's Order (I) Authorizing (A) Entry Into and Performance Under the Asset Purchase Agreement and (B) the Sale of the Opco Acquired Assets and the Propco Acquired Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (C) Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 2024] (the "Motion to Reconsider");

WHEREAS, on November 24, 2020, the Court confirmed on the record of the hearing the *Amended Joint Chapter 11 Plan of Reorganization of J. C. Penney Company, Inc. and its Debtor Affiliates* [Docket No. 2022] (the "Plan");

---

[2]   Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Sale Order or the Plan, as applicable.

WHEREAS, on December 14, 2020, the Court entered the *Order Approving the Disclosure Statement for, and Confirming, the Amended Joint Chapter 11 Plan of Reorganization of J. C. Penney, Inc. and Its Debtor Affiliates* [Docket No. 2169] (the "Confirmation Order");

WHEREAS, pursuant to the First Supplemental Verified Statement of the Ad Hoc Group of First Lien Noteholders Pursuant to Bankruptcy Rule 2019 [Docket No. 1293], the Milbank Group reported ownership of approximately $311,244,000 in aggregate principal amount of the First Lien Notes;

WHEREAS, pursuant to the Verified Statement of the First Lien Minority Group Pursuant to Bankruptcy Rule 2019 [Docket No. 1515], a group of prepetition first lien lenders represented Akin Gump Strauss Hauer & Feld LLP (the "Akin Group") reported ownership of approximately $138,394,000 in aggregate principal amount of the First Lien Notes;

WHEREAS, the aggregate outstanding principal amount of the First Lien Notes is approximately $469,261,000; and

WHEREAS, by this Stipulation, the Parties seek to resolve all outstanding issues between the Parties with regards to the Motion to Reconsider, the Plan and the Confirmation Order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES AND HEREBY ORDERED THAT:**

1.      The Parties have agreed to enter into this Stipulation.

2.      In exchange for the agreements and consideration contained in this Stipulation, WTNA hereby agrees to:

   a. use its best efforts to distribute that certain adequate protection payment that was initially scheduled to be paid at the OpCo Closing as soon as reasonably practicable pursuant to the timetable provided under Debtors' Notice of Record Date posted with DTC, as such may be revised or amended by Debtors, with any such payment requirement to be satisfied by WTNA's transfer of such funds to DTC for distributions;

b. upon WTNA's receipt of the Non-Group Noteholders Pool (as defined below), promptly withdraw with prejudice the Motion to Reconsider; and

c. reasonably cooperate on all future distributions of cash or New PropCo Securities as defined and required under the Plan and approved by the Confirmation Order.

3. In exchange for the agreements and considerations contained in this Stipulation, the Milbank Group agrees to:

a. promptly deposit funds in the amount of $112,500.00 (the "Non-Group Noteholders Pool")in a segregated account, which shall be used solely to fund payments claimed by Non-Group Noteholders (defined below and as of an imputed record date of January 1, 2021) to be due on account of: (i) imputed adequate protection interest from December 7 to December 31, 2020  in the amount of $3.75 per thousand dollar principal amount of the First Lien Note) to First Lien Notes held by First Lien Noteholders who are not a part of the Milbank Group or the Akin Group or their transferees (collectively, the "Non-Group Noteholders") and (ii) the imputed amount of dilution to the Non-Group Noteholders resulting from the settlement with the Akin Group approved by, and attached as Exhibit 1 to, the Sale Order in the amount of $2.50 per thousand dollar principal amount of First Lien Notes).

4. The Debtors shall engage the services of Prime Clerk LLC ("Prime Clerk") to (i) prepare and deliver to the Depository Trust Company for posting and distribution to the First Lien Noteholders a notice and application form in a form to be agreed upon by the Parties (the "Cash Settlement Form") offering Non-Group Noteholders the right to apply for distributions of the above amounts and (ii) administer the collection of such completed forms and make distributions (including holding and disbursing the Non-Group Noteholders Pool) at the Debtors' instruction.  Starting February 1, 2021 and on the first business day of every month thereafter up to and ending on the date that is one year following the Effective Date of the Plan, the Debtors shall instruct Prime Clerk to distribute $6.25 per $1,000 in principal amount of First Lien Notes to Non-Group Noteholders who delivered duly executed Cash Settlement Forms as of the business day before such distribution date.  If the Non-Group Noteholders Pool is insufficient in any month to pay in full the Non-Group Noteholders who submitted a Cash Settlement Form

4

in any given month, the Debtors shall instruct Prime Clerk to make such distribution *pro rata* among such Non-Group Noteholders.

5.      The Parties are authorized to take all actions necessary or appropriate to implement the terms of this Stipulation.

6.      The provisions of this Stipulation shall be binding on the Parties and their successors, heirs, and assigns and shall inure to the benefit of the Parties and their successors and assigns, including, for the avoidance of doubt, the release by the Debtors and any trustee or fiduciary appointed as a legal representative of the Parties from any and all claims or causes of action, or claims for disgorgement in any subsequent cases under chapter 7 of the Bankruptcy Code or upon dismissal of any such case, consistent with the terms of the Sale Order and the Plan.

7.      This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof, and there are no representations, understandings, or agreements relative hereto which are not fully expressed herein.

8.      This Stipulation may not be modified, altered, or amended in whole or in part except by a written instrument executed by each Party.

9.      Notwithstanding anything to the contrary in this Stipulation, the terms of the Sale Order, the Indenture, and the Plan shall remain in full force and effect in all respects.

10.      It is acknowledged that each Party has participated in and jointly consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either Party on account of such drafting.

11.      Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and agrees to the terms set forth herein.

12. This Stipulation shall be effective and enforceable immediately upon entry and its provisions shall be self-executing in accordance with the provisions of the Sale Order and the Plan, as applicable.

13. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

**IT IS SO ORDERED.**

Dated: _____, 2020

JUDGE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**STIPULATED AND AGREED TO THIS TWENTY-FOURTH DAY OF DECEMBER, 2020:**

By: /s/ *Matthew D. Cavenaugh*
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Kristhy M. Peguero (TX Bar No. 24102776)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:  (713) 752-4200
Facsimile:  (713) 752-4221
Email:  mcavenaugh@jw.com
          jwertz@jw.com
          kpeguero@jw.com
          vpolnick@jw.com

*Co-Counsel for the Debtors and Debtors in Possession*

   -and-

By: ___ */s/ Douglas E. Spelfogel* ___
**FOLEY & LARDNER LLP**
Douglas E. Spelfogel (*admitted pro hac vice*)
Harold L. Kaplan (*admitted pro hac vice*)
Richard J. Bernard (*admitted pro hac vice*)
90 Park Avenue
New York, New York 100126
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: dspelfogel@foley.com
          hkaplan@foley.com
          rbernard@foley.com

John P. Melko
Jennifer Huckleberry
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: jmelko@foley.com
          jhuckleberry@foley.com

*Counsel for Wilmington Trust National Association in its capacity as Trustee*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  joshua.sussberg@kirkland.com
          christopher.marcus@kirkland.com
          aparna.yenamandra@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

By: */s/  John F. Higgins* ___
**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
1000 Main St., 36th Floor
Houston, TX 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
Email:  jhiggins@porterhedges.com
          sjohnson@porterhedges.com

**MILBANK LLP**
Dennis F. Dunne (admitted *pro hac vice*)
Alan J. Stone (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Email: ddunne@milbank.com
          astone@milbank.com

Andrew M. LeBlanc (admitted *pro hac vice*)
Aaron L. Renenger (admitted *pro hac vice*)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586
Email: aleblanc@milbank.com
          arenenger@milbank.com

*Co- Counsel for the Milbank Group*