# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| J.C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Relates to Docket No. 1929 |

**WITHDRAWAL OF OBJECTION TO (A) NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE COSTS AND (B) NOTICE OF OPCO ASSIGNED CONTRACTS LIST AND PROPCO ASSIGNED CONTRACTS LIST**

Carmen Spinoso, President/CEO of Spinoso Real Estate Group, solely in his capacity as court appointed receiver pursuant to that certain order appointing receiver entered on June 17, 2019 in the Supreme Court of Broome County, New York, successor-in-interest to Oakdale Mall II, L.L.C. (successor in interest to Interstate Properties), by and through his undersigned counsel, hereby withdraws his *Objection to (A) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs and (B) Notice of Opco Assigned Contracts List and Propco Assigned Contracts List* [Docket No. 1929].

Dated: February 25, 2021

Respectfully submitted,

By: */s/ John D. Penn*
John D. Penn
State Bar No. 15752300
S.D. Texas I.D. No. 10782
PERKINS COIE LLP
500 North Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: (214) 965-7734
JPenn@perkinscoie.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J.C. Penney Company, Inc.'s principal place of business and Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

1

151605379.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on February 25, 2021, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in these cases.

*/s/ John D. Penn*
John D. Penn