ENTERED
03/23/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | ) | Case No. 20-20182 (DRJ) |
| Debtors. | ) |  |
|  | ) | Jointly Administered |
|  | ) |  |

**ORDER GRANTING FINAL FEE APPLICATION OF COLE SCHOTZ P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM MAY 29, 2020 THROUGH DECEMBER 14, 2020</u>**
(Related Docket No. <u>  2616  </u>)

Upon consideration of the *Final Fee Application of Cole Schotz P.C., for Allowance of Compensation for Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from May 29, 2020 Through December 14, 2020* (the "<u>Application</u>")[2] filed by Cole Schotz P.C. ("<u>Cole Schotz</u>"); and this Court having jurisdiction over the Application; and due and adequate notice of the Application and the relief requested therein having been given under the circumstances and no other or further notice being required; and the Court having read and considered the Application, objections to Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and for good cause shown;

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Application is hereby GRANTED as provided herein.

2.      Cole Schotz is hereby awarded, on a final basis, the allowance of $2,148,134.50 for compensation for professional services and $17,657.96 for reimbursement of expenses for the period of May 29, 2020 through December 14, 2020.

3.      The Debtors are hereby authorized ~~and directed~~ to ~~immediately~~ pay Cole Schotz the unpaid portion of such allowed fees and expenses.

**Signed:  March 23, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

2