

ENTERED

03/23/2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **J. C. PENNEY COMPANY, INC., et al.,**[1] | Case No. 19-34508 |
| Debtors. | Jointly Administered |

**ORDER GRANTING FINAL FEE APPLICATION OF FTI CONSULTING, INC., FOR
COMPENSTATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
<u>FOR THE PERIOD FROM MAY 29, 2020 THROUGH DECEMBER 14,2020</u>**
(Related to Docket No.  2638  )

Upon consideration of the *Final Fee Application of FTI Consulting, Inc., for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 29, 2020 through December 14, 2020* (the "<u>Application</u>") filed by FTI Consulting, Inc. ("<u>FTI</u>"), financial advisor to the official committee of unsecured creditors (the "<u>Committee</u>") of the above-captioned debtors (the "<u>Debtors</u>"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application have been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Application and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

- 3 -

all relevant proceedings before the Court in connection with the Application as modified herein. Therefore, it is hereby

**ORDERED** that FTI shall be allowed final compensation in the amount of $3,076,501.00 for services rendered on behalf of the Committee for the period of May 29, 2020 through December 14, 2020. It is further

**ORDERED** that the Debtors are authorized to pay FTI the unpaid portion of the compensation awarded herein, in the amount of $115,518.30, and FTI and the Debtors are each hereby authorized to direct the Debtors' escrow agent to release funds to FTI in that amount. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed:  March 23, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**