IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
04/08/2021

| | |
|---|---|
| In re: | Chapter 11 |
| J. C. PENNEY COMPANY, INC., *et al.*,[1] | Case No. 20-20182 (DRJ) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING JACKSON WALKER LLP'S SECOND
INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM MAY 15, 2020 THROUGH DECEMBER 14, 2020**

(Relates to Docket No. 2739)

CAME ON FOR CONSIDERATION the *Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period May 15, 2020 Through December 14, 2020* (the "Application")[2] filed by Jackson Walker LLP ("JW"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the requested attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed interim compensation for attorneys' fees in the amount of $456,174.00 and interim reimbursement of $7,770.56 of expenses incurred from September 1, 2020 through December 14, 2020; it is further

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of Debtor J. C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

27902907v.2 103910/00028

ORDERED that JW is hereby allowed final compensation of fees in the amount of $1,087,263.00, and final allowance and reimbursement of expenses in the amount of $14,219.21; it is further

ORDERED that the Debtors are authorized to pay to JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to this Order:

| | |
|---|---:|
| Total Fees Requested: | $1,087,263.00 |
| Total Expenses Requested: | $14,219.21 |
| **Total Requested in this Application:** | **$1,101,482.21** |
| Amount Paid for Monthly Fee Statements: | $672,751.55 |
| **Total Fees and Expenses Due:** | **$428,730.66** |

Signed:  April 08, 2021.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**